UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DILENIA PAGUADA,

                       Plaintiff,

                                                                                                 20 civ 6362 (JPC)

     -against-

DUNCAN ENTERPRISES,

                       Defendant.
------------------------------------------------------------X

## ORDER

The order of discontinuance dated November 4, 2020 (Document 15), submitted in error, is hereby vacated.

The Clerk is directed to strike Document 15.

**SO ORDERED.**

                                                                                          **JOHN G. KOELTL**
                                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 13, 2020